## McNEALY *v.* THE STATE.

The indictment being founded on §4578 of the code, and charging the running of a "freight-train" on the Sabbath day, and the evidence showing that the train run consisted only of a locomotive and cab, and it not appearing that any freight was carried, offered to be carried or invited for carriage, the indictment was not supported by the evidence; a locomotive and cab, when not run for carrying freight nor intended to be presently used for such carriage, not being a freight-train. The court erred in charging the jury that "if that was a freight-engine and had a car attached that usually went with a freight-train and that the purpose of it was to facilitate the carrying of freight, it was a freight-train."

June 4, 1894.                               *Judgment reversed.*

Indictment for misdemeanor.  Before Judge RICHARD H. CLARK.  Clayton superior court.  March term, 1894.

HALL & BOYNTON and WATTERSON & KIMSEY, for plaintiff in error.  J. S. CANDLER, solicitor-general, *contra*.